**3M COMPANY and 3M Innovative Properties Company, Plaintiffs–Appellees,**

v.

**Pradeep MOHAN, Defendant–Appellant.**

**No. 2011–1328.**

United States Court of Appeals, Federal Circuit.

June 16, 2011.

ORDER

Pradeep Mohan submits a letter which the court treats as a motion for reconsideration of the court's June 7, 2011, 458 Fed. Appx. 901, 2011 WL 7446110, order dismissing the case for failure to file the brief required by Fed. Cir. R. 31(a). Mohan has now submitted the required brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The court's June 7, 2011 order of dismissal and mandate be, and the same hereby are, vacated and recalled, and the petition for review is reinstated.